**FILED**
VANESSA L. ARMSTRONG, CLERK

APR 17 2013

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**JORGE JESUS CUBILLO FERNANDEZ**

INDICTMENT

NO. 3:13CR-62-H

18 U.S.C. § 1343
18 U.S.C. § 1347
18 U.S.C. § 981
18 U.S.C. § 982

The Grand Jury charges:

BACKGROUND

1. At all times relevant to this Indictment Jet Medical Supplies, LLC ("Jet Medical") was a Kentucky corporation incorporated on June 18, 2002, and was purportedly doing business at 12700 Shelbyville Rd., Suite 204, Louisville, Kentucky 40243, in the Western District of Kentucky.

2. Jet Medical held itself out to Medicare to be a durable medical equipment ("DME") supply company purportedly providing items, benefits, services, and products to patients out of its office in Louisville, Kentucky.

3. In about June 2002, Jet Medical became a Medicare provider, and was issued a Medicare provider number. The business was owned by M.C. from June 2002 through December 2007. On May 27, 2010, **JORGE JESUS CUBILLA FERNANDEZ ("JORGE FERNANDEZ")**, acquired ownership of Jet Medical, and began submitting claims for payment.

4. As an enrolled provider, **JORGE FERNANDEZ** agreed to abide by Medicare guidelines and was permitted to submit claims to Medicare for payment for items, benefits and services provided.

5. Jet's billing personnel billed Medicare, through its carrier, identifying the CPT codes that corresponded to the item, benefit, product or service it was purportedly providing.

6. Jet Medical billed Medicare by identifying on the health insurance claim forms the specific items, benefits, products or services provided with a "code," or number, which is specifically assigned to that particular service. The approval for an amount of payment from the insurer is based on the code which the provider identifies on its claim form.

7. The investigation revealed a number billings being submitted by Jet Medical for beneficiaries whose unique Medicare beneficiary number had been compromised. Each Medicare beneficiary is assigned a unique Medicare beneficiary number. The majority of claims submitted by Jet Medical used a unique beneficiary number which had been associated with fraud by another provider.

8. Further investigation revealed that Jet Medical, through **JORGE FERNANDEZ**, was billing for items, benefits, products, supplies, or services purportedly provided to beneficiaries located outside Kentucky. Most of the beneficiaries for whom claims were submitted resided in Florida.

9. Interviews were conducted with Medicare beneficiaries. Through those interviews, it was determined that the beneficiaries purported to have received DME items, benefits, products, supplies or services from Jet Medical did not receive those items, benefits, products, supplies and services which were billed.

The Grand Jury further charges:

## COUNTS 1 - 5
### (Wire Fraud)

10. The Grand Jury realleges paragraphs 1 through 9 of this Indictment as if set forth in full herein.

11. From in or about May 2010 and continuing thereafter until at least February 2011, in the Western District of Kentucky Jefferson County, Kentucky, the defendant, **JORGE FERNANDEZ**, aided and abetted by others, for the purpose of executing a scheme and artifice to defraud, and for obtaining money and property by false and fraudulent pretenses from Medicare, caused to be transmitted in interstate and foreign commerce, by means of a wire communication certain signs, signals, and sounds that fraudulently transmitted a request for payment from Medicare via a carrier, and payment was received via electronic funds transfers from Medicare for items, benefits, services and products which were never provided as set forth below.

| COUNT | DATE | NAME | ITEM | AMOUNT |
|---|---|---|---|---|
| 1 | 09/2010 | R.A. | Wound Care Supplies | $3,828.96 |
| 2 | 10/2010 | A.D. | Wound Care Supplies | $3,828.96 |
| 3 | 10/2010 | K.P. | Wound Care Supplies | $3,828.96 |
| 4 | 11/2010 | J.G. | Wound Care Supplies | $3,828.96 |
| 5 | 12/2010 | J.S. | Wound Care Supplies | $3,828.96 |

All in violation of Title 18, United States Code, Section 1343.

The Grand Jury further charges:

## COUNT 6 - 10
### (Healthcare Fraud)

12. The Grand Jury realleges paragraphs 1 through 11 of the Indictment as if set forth in full herein.

13. From in or about May 2010 and continuing thereafter until at least February 2011, in the Western District of Kentucky, Jefferson County, Kentucky, the defendant, **JORGE FERNANDEZ**, aided and abetted by others, did willfully and knowingly, execute and attempt to execute, a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services by submitting false and fraudulent claims to Medicare for items and services which were never provided.

| COUNT | DATE | NAME | ITEM | AMOUNT |
|---|---|---|---|---|
| 6 | 09/2010 | R.A. | Wound Care Supplies | $3,828.96 |
| 7 | 10/2010 | A.D. | Wound Care Supplies | $3,828.96 |
| 8 | 10/2010 | K.P. | Wound Care Supplies | $3,828.96 |
| 9 | 11/2010 | J.G. | Wound Care Supplies | $3,828.96 |
| 10 | 12/2010 | J.S. | Wound Care Supplies | $3,828.96 |

All in violation of Title 18, United States Code, Section 1347.

## NOTICE OF FORFEITURE

As a result of committing violations of Title 18, United States Code, Sections 1343 and 1347, as alleged in Counts 1 through 10 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(7), any and all property, real and personal, that constitutes or is derived, directly and indirectly, from gross proceeds obtained as a result of the offenses alleged in Counts 1 through 10 of this Indictment.

Pursuant to Title 18, United States Code, Sections 981 and 982.

A TRUE BILL.

FOREPERSON

*[signature]*
DAVID J. HALE
UNITED STATES ATTORNEY

DJH:LJW:nbw130410

UNITED STATES OF AMERICA v. **JORGE JESUS CUBILLO FERNANDEZ**

## P E N A L T I E S

Counts 1-5:    NM 20 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Counts 6-10:   NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Forfeiture

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    <u>For offenses occurring after December 12, 1987</u>:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

LOUISVILLE:      Clerk, U.S. District Court
                 106 Gene Snyder U.S. Courthouse
                 601 West Broadway
                 Louisville, KY 40202
                 502/625-3500

BOWLING GREEN:   Clerk, U.S. District Court
                 120 Federal Building
                 241 East Main Street
                 Bowling Green, KY 42101
                 270/393-2500

OWENSBORO:       Clerk, U.S. District Court
                 126 Federal Building
                 423 Frederica
                 Owensboro, KY 42301
                 270/689-4400

PADUCAH:         Clerk, U.S. District Court
                 127 Federal Building
                 501 Broadway
                 Paducah, KY 42001
                 270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Louisville Division

## THE UNITED STATES OF AMERICA
### vs.
### JORGE JESUS CUBILLO FERNANDEZ

## INDICTMENT
### Title 18 U.S.C. §§ 1343; 1347:
### Wire Fraud; Healthcare Fraud.

*A true bill.*

_____ *Foreman*

*Filed in open court this* 17th day, *of* April, A.D. 2013.

_____ *Clerk*

*Bail, $*

**FILED**
VANESSA L. ARMSTRONG, CLERK

APR 1 7 2013

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY